BROWN,
*Appellant,*
*v.*
ALT,
*Respondent.*

(No. 79-34-L, CA 17570)

620 P2d 510

Glenn D. Ramirez, Klamath Falls, argued the cause and filed the briefs for appellant.

William P. Brandsness, Klamath Falls, argued the cause and filed the brief for respondent.

Before Richardson, Presiding Judge, and Thornton and Buttler, Judges.

PER CURIAM.

**PER CURIAM.**

In this action for breach of a construction contract, plaintiff appeals from a judgment and decree of foreclosure in favor of defendant on his contractor's lien counterclaim. We are unable to determine from the record before us whether the trial court erred in either of the respects claimed by plaintiff. Accordingly, we affirm.

Affirmed.